UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PAUL EMMANUEL KNIGHT,

                Plaintiff,

v.

                                  Case No. 3:20-cv-278-J-34JRK

JACK VANALLEN, et al.,

                Defendants.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Paul Emmanuel Knight, an inmate of the Florida penal system, initiated this action on March 18, 2020, by filing a pro se Civil Rights Complaint Form (Complaint; Doc. 1). In the Complaint, Knight names the following Defendants: (1) Corrections Officer Jack Vanallen; (2) Corrections Officer Matthew Kurth; (3) Corrections Officer A.D. Harvey; and (4) Lieutenant Kyle Knight. He asserts that Defendants Vanallen and Kurth violated his Eighth Amendment right when they used excessive force against him during a cell extraction on May 1, 2019. He also states that they escorted him to the shower where they assaulted and sexually abused him. Additionally, he asserts that Defendants Vanallen, Kurth, Harvey and Knight violated his procedural due process rights during the disciplinary proceedings associated with the issuance of false disciplinary reports. As relief, he seeks monetary damages.

Upon review, it appears that Knight's factual assertions and claims in the instant action are strikingly similar to those in Case No. 3:19-cv-779-J-32JBT, his other civil rights action that is pending in this Court. In Case No. 3:19-cv-779-J-32JBT, Knight names, among others, Vanallen and Kurth as Defendants. He asserts that Vanallen and Kurth used excessive force during a May 1, 2019 cell extraction and then escorted him to the shower where they sexually abused him. He also states that Vanallen and Kurth violated his procedural due process rights when they wrote bogus disciplinary reports. He maintains that the institution overturned some of the disciplinary reports that were issued that day. Accordingly, this case is due to be dismissed without prejudice since his assertions relating to the May 1, 2019 incident are before the Court in Case No. 3:19-cv-779-J-32JBT. To the extent he intends to assert other claims that are unrelated to the claims in Case No. 3:19-cv-779-J-32JBT, he may initiate a new civil rights case. Additionally, insofar as Knight intends to challenge disciplinary reports for which he lost gain time, he must seek relief via a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Prior to instituting a federal-habeas proceeding, Knight first must exhaust all state remedies, after which Knight then may seek a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, if he so desires.

Accordingly, it is now

**ORDERED AND ADJUDGED**:

1.      This case is hereby **DISMISSED WITHOUT PREJUDICE.**

2.      The Clerk of Court shall enter judgment dismissing this case without prejudice.

3.      The Clerk shall terminate any pending motions and close the case.

**DONE AND ORDERED** at Jacksonville, Florida, this 30th day of March, 2020.

MARCIA MORALES HOWARD
United States District Judge

sc 3/20
c:
Paul Emmanuel Knight, FDOC #063422

3